# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0101
_____

PALM BEACH COUNTY SCHOOL
DISTRICT and SEDGWICK CMS,
INC.,

    Appellants,

    v.

FRANCES SMITH,

    Appellee.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Barbara Case, Judge.

Date of Accident: June 29, 2017.


April 26, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Samuel B. Spinner and Hinda Klein of Conroy Simberg, Hollywood, and Yunia DeMicco-Nadler of DeMicco-Nadler, LLC, Boca Raton, for Appellants.

Thomas Warren Sculco and Shannon McLin of Florida Appeals, Orlando, for Appellee.